# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| ASHLEY J. KOVATCHEV, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) No. 07-6006-CV-SJ-DW<br>AUTO GLASS CENTER, INC. )<br>d/b/a KENTON AUTO GLASS CENTER )<br>)<br>Defendants. ) | |

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date:   June 14, 2007                /s/ Dean Whipple
                                                                Dean Whipple
                                                        United States District Judge